IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORVILLE D. WILSON,
    Petitioner,

vs.                                        Case No.: 3:09cv544/LAC/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus (Doc. 1). The filing fee has been paid.

On January 28, 2010, this court entered an order directing Petitioner to file an amended petition on the court-approved form within thirty (30) days (Doc. 11). Petitioner failed to respond to the order; therefore, on March 8, 2010, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 14). The time for compliance with the show cause order has now elapsed with no response from Petitioner.[1]

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 30th day of March 2010.

                                          */s/ Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] Although the court's orders (Docs. 11, 14) were returned as undeliverable (*see* Docket Entries 12, 15), Petitioner has failed to notify the court of his current address, and his whereabouts are unknown.

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**